UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |
|---|---|
| SIERRA CLUB<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,<br><br>*Respondents*. | No. 23-3583 |

**CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD**

I, John Mooney, am the Division Director of the Air and Radiation Division at Region 5 of the United States Environmental Protection Agency (EPA).

I certify that the documents listed and described below comprise the administrative record of EPA's final agency action entitled "Air Plan Approval; Michigan; Redesignation of the Detroit, MI Area to Attainment of the 2015 Ozone Standards." The action, which is subject to the above-captioned petition for review, was published at 88 Fed. Reg. 32,594 (May 19,

2023) and the agency docket number for this action is EPA-R05-OAR-2022-0004.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of October 2023.

_____
John Mooney
Director, Air and Radiation Division, Region 5
United States Environmental Protection Agency

# LIST OF DOCUMENTS COMPRISING
# THE ADMINISTRATIVE RECORD

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2022-0004-0001 | Proposed approval of the Detroit, Michigan 2015 Ozone Redesignation, Emission Statement and Emission Inventories | 3/14/2022 | Debra Shore, Regional Administrator, Region 5, U.S. EPA |
| EPA-R05-OAR-2022-0004-0003 | Extension of the public comment period for the proposed approval of the Detroit, Michigan 2015 Ozone Redesignation, Emission Statement and Emission Inventories | 4/4/2022 | Debra Shore, Regional Administrator, Region 5, U.S. EPA |
| EPA-R05-OAR-2022-0004-0013 | Final approval of the Detroit, Michigan 2015 Ozone Redesignation and Maintenance Plan | 5/19/2023 | Debra Shore, Regional Administrator, Region 5, U.S. EPA |
| EPA-R05-OAR-2022-0004-0002 | Detroit, Michigan 2015 8-Hour Ozone Redesignation and Maintenance Plan, 01/03/2022 submittal | 1/3/2022 | Liesl Eichler Clark, Director, Michigan Department of Environment, Great Lakes, and Energy (EGLE) |
| EPA-R05-OAR-2020-0730-0002 | Michigan Emission Statement submittal | 12/18/2020 | Liesl Eichler Clark, Director, EGLE |
| EPA-R05-OAR-2020-0730-0003 | Michigan Emission Statement correction submittal | 9/17/2021 | Robert Irvine, Air Quality Division, EGLE |
| EPA-R05-OAR-2020-0731-0002 | Michigan 2015 Ozone Emission Inventories submittal | 12/18/2020 | Liesl Eichler Clark, Director, EGLE |
| EPA-R05-OAR-2022-0004-0014 | Detroit Design Value Report 2019 - 2021 | 1/19/2022 | U.S. EPA Region 5, Air & Radiation Division (ARD) |
| EPA-R05-OAR-2022-0004-0015 | East 7 Mile Design Value Report - correction | 2/15/2022 | U.S. EPA Region 5, ARD |
| EPA-R05-OAR-2022-0004-0016 | East 7 Mile Data Recertification - EPA concurrence | 2/15/2022 | U.S. EPA Region 5, ARD |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2022-0004-0017 | Memorandum from John Calcagni, Procedures for Processing Requests to Redesignate Areas to Attainment | 9/4/1992 | John Calcagni, Director, Air Quality Management Division, Office of Air Quality Planning and Standards (OAQPS), Office of Air and Radiation (OAR), U.S. EPA |
| EPA-R05-OAR-2022-0004-0018 | Memorandum from Michael H. Shapiro, State Implementation Plan (SIP) Requirements for Areas Submitting Requests for Redesignation to Attainment of the Ozone and Carbon Monoxide (CO) National Ambient Air Quality standards (NAAQS) on or after November 15, 1992 | 9/17/1993 | Michael H. Shapiro, Acting Assistant Administrator for Air and Radiation, U.S. EPA |
| EPA-R05-OAR-2022-0004-0019 | Memorandum from Mary D. Nichols, Part D New Source Review (part D NSR) Requirements for Areas Requesting Redesignation to Attainment | 10/14/1994 | Mary D. Nichols, Assistant Administrator for Air and Radiation, U.S. EPA |
| EPA-R05-OAR-2022-0004-0020 | 2014 National Emissions Inventory, version 1 Technical Support Document | 12/1/2016 | U.S. EPA, OAR, OAQPS, Air Quality Assessment Division (AQAD), Emissions Inventory and Analysis Group |
| EPA-R05-OAR-2022-0004-0021 | 2014 National Emissions Inventory, version 2 Technical Support Document | 7/1/2018 | U.S. EPA, OAR, OAQPS, AQAD, Emissions Inventory and Analysis Group |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2022-0004-0022 | Technical Support Document: Preparation of Emissions Inventories for the 2016v2 North American Emissions Modeling Platform | 2/1/2022 | U.S. EPA, OAR, OAQPS, AQAD |
| EPA-R05-OAR-2022-0004-0023 | Outputs from Emissions Inventory System | 2/28/2022 | U.S. EPA, Region 5, ARD |
| EPA-R05-OAR-2022-0004-0024 | Web page - 2016v2 Platform | 2/1/2022 | U.S. EPA, OAR, OAQPS |
| EPA-R05-OAR-2022-0004-0025 | 2016v2_DVs_state_contributions | 1/13/2022 | U.S. EPA, Region 5 |
| EPA-R05-OAR-2022-0004-0026 | Emissions Inventory Guidance for Implementation of Ozone and Particulate Matter National Ambient Air Quality Standards (NAAQS) and Regional Haze Regulations | 5/1/2017 | U.S. EPA, OAR, OAQPS, AQAD |
| EPA-R05-OAR-2022-0004-0027 | Web page – 2016v1 Platform | 2/1/2022 | U.S. EPA, OAR, OAQPS |
| EPA-R05-OAR-2022-0004-0028 | Technical Support Document: Preparation of Emissions Inventories for the 2016v1 North American Emissions Modeling Platform | 3/1/2021 | U.S. EPA, OAR, OAQPS, AQAD, Emissions Inventory and Analysis Group |
| EPA-R05-OAR-2022-0004-0004 | Sierra Club Request for Extension of Public Comment Period on the Detroit, Michigan 2015 Ozone Redesignation | 3/21/2022 | Elena Saxonhouse, Sierra Club |
| EPA-R05-OAR-2022-0004-0005 | Consumers Energy Comment on EPA proposal SE MI 2015 NAAQS | 4/19/2022 | James M. Walker, Air Quality Supervisor, Consumer Energy |
| EPA-R05-OAR-2022-0004-0006 | Michigan Manufacturers Association comment on the proposed approval of the Detroit, Michigan 2015 Ozone Redesignation, Emission Statement and Emission Inventories | 4/27/2022 | Caroline Liethen, Director of Environmental and Regulatory Policy, Michigan Manufacturers Association |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2022-0004-0007 | Anonymous public comment on the proposed approval of the Detroit, Michigan 2015 Ozone Redesignation, Emission Statement and Emission Inventories | 4/6/2022 | Anonymous |
| EPA-R05-OAR-2022-0004-0008 | Lindsey Dye comment on the proposed approval of the Detroit, Michigan 2015 Ozone Redesignation, Emission Statement and Emission Inventories | 4/7/2022 | Lindsey Dye |
| EPA-R05-OAR-2022-0004-0009 | General Motors comment on the proposed approval of the Detroit, Michigan 2015 Ozone Redesignation, Emission Statement and Emission Inventories | 4/27/2022 | Todd Rouse, Environmental Policy Manager, General Motors |
| EPA-R05-OAR-2022-0004-0010 | Comment submitted by Sierra Club, Great Lakes Environmental Law Center, and 18 other organizations listed in the attached comment letter on the proposed approval of the Detroit, Michigan 2015 Ozone Redesignation, Emission Statement and Emission Inventories | 4/27/2022 | Elena Saxonhouse, Managing Attorney, Sierra Club Environmental Law Program, and Nick Leonard, Executive Director, Great Lakes Environmental Law Center |
| EPA-R05-OAR-2022-0004-0029 | EPA EJScreen Webpage – April 2023 archive | 4/14/2023 | U.S. EPA, Office of Environmental Justice and External Civil Rights (OEJECR) |
| EPA-R05-OAR-2022-0004-0030 | EJScreen report – Livingston County | 4/14/2023 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2022-0004-0031 | EJScreen report – Macomb County | 4/14/2023 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2022-0004-0032 | EJScreen report – Monroe County | 4/14/2023 | U.S. EPA, OEJECR |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2022-0004-0033 | EJScreen report – Oakland County | 4/14/2023 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2022-0004-0034 | EJScreen report – St Clair County | 4/14/2023 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2022-0004-0035 | EJScreen report – Washtenaw County | 4/14/2023 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2022-0004-0036 | EJScreen report – Wayne County | 4/14/2023 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2022-0004-0037 | Technical Guidance for Assessing Environmental Justice in Regulatory Analysis, June 2016 | 6/1/2016 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2022-0004-0038 | EJSCREEN Environmental Justice Mapping and Screening Tool, EJSCREEN Technical Documentation, September 2019 | 9/1/2019 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2022-0004-0039 | EJScreen Technical Documentation – October 2022 | 10/1/2022 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2022-0004-0040 | EJScreen Technical Document Appendix – October 2022 (for EJScreen 2.1) | 10/1/2022 | U.S. EPA, OEJECR |
| EPA-R05-OAR-2022-0004-0041 | Monroe power plant 2014 NEI NOx emissions | 4/1/2023 | U.S. EPA, Region 5. ARD |
| EPA-R05-OAR-2022-0004-0012 | Detroit, MI 2015 Ozone Redesignation, EPA TSD | 5/11/2023 | Eric Svingen, Environmental Engineer, ARD, Region 5, U.S. EPA |
| EPA-R05-OAR-2022-0004-0042 | EPA Press Release, March 14, 2022 - EPA and Michigan Propose Detroit Now Meets Federal Air Quality Standard for Ozone | 3/14/2022 | Joshua Singer, Office of the Regional Administrator, Region 5, U.S. EPA |
| *Not uploaded to regulations.gov* | Detroit News, March 15, 2022 - EPA hikes Metro Detroit's clean air rating | 3/15/2022 | Carol Thompson, The Detroit News |
| EPA-R05-OAR-2022-0004-0043 | Trends in Ozone Adjusted for Weather Conditions _ US EPA | 4/1/2023 | U.S. EPA, OAR, OAQPS, AQAD |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| *Not uploaded to regulations.gov* | Trends and variability in surface ozone over the United States. *Journal of Geophysical Research: Atmospheres*, 120, 9020-9042, https://agupubs.onlinelibrary.wiley.com/doi/full/10.1002/2014JD022784 | 9/14/2015 | Sarah A. Strode, Jose M. Rodriguez, Jennifer A. Logan, Owen R. Cooper, Jacquelyn C. Witte, Lok N Lamsal, Megan Damon, Bruce Van Aartsen, Stephen D. Steenrod, and Susan E. Strahan |
| *Not uploaded to regulations.gov* | Ozone Trends Across the United States over a Period of Decreasing NOx and VOC Emissions. *Environmental Science & Technology*, 49,1,186-195, https://pubs.acs.org/doi/10.1021/es504514z | 12/2/2014 | Heather Simon, Adam Reff, Benjamin Wells, Jia Xing, and Neil Frank |
| EPA-R05-OAR-2022-0004-0011 | LADCO O3 CART Analysis, October 27, 2021 FINAL with Appendices | 10/27/2021 | Angie Dickens, Lake Michigan Air Directors Consortium (LADCO) |
| EPA-R05-OAR-2022-0004-0044 | Bureau of Labor Statistics Quarterly Census of Employment and Wages – Michigan 2020 First Quarter | 9/7/2022 | Bureau of Labor Statistics |
| EPA-R05-OAR-2022-0004-0045 | Bureau of Labor Statistics Quarterly Census of Employment and Wages - Michigan 2020 Second Quarter | 9/7/2022 | Bureau of Labor Statistics |
| EPA-R05-OAR-2022-0004-0046 | U.S. Energy Information Coal Data Browser Total consumption - electric power 2021 | 5/1/2022 | U.S. Energy Information Administration |
| *Not uploaded to regulations.gov* | StreetLight Website | 5/1/2022 | StreetLight |
| *Not uploaded to regulations.gov* | ClickOnDetroit, May 3, 2020 - Oakland County funds manufacturers to switch production to medical equipment, protective gear | 5/3/2020 | Cassidy Johncox, ClickOnDetroit |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| *Not uploaded to regulations.gov* | Assembly Magazine, June 17, 2020 - Manufacturers Shift to PPE Production to Fight COVID-19 | 6/17/2020 | Jim Camillo, Assembly Magazine |
| *Not uploaded to regulations.gov* | Model D, April 5, 2020, Detroit apparel manufacturers, nonprofits, and businesses partner to create centralized solution | 4/5/2020 | Erin Marie Miller, Model D |
| EPA-R05-OAR-2022-0004-0047 | Congressional Research Service, COVID-19 and the U.S. Economy, Updated May 11, 2021 | 5/11/2021 | Congressional Research Service |
| EPA-R05-OAR-2022-0004-0048 | Supplemental Comments re Docket Nos. EPA-R05-OAR-2020-0730, EPA-R05-OAR-2022-0004 | 3/15/2023 | Nick Leonard, Director, Great Lakes Environmental Law Center; Elena Saxonhouse, Managing Attorney, Sierra Club Environmental Law Program; and Steve Odendahl, Manager, Air Law for All |
| EPA-R05-OAR-2022-0004-0049 | Detroit Design Value Report 2020-2022 | 1/12/2023 | U.S. EPA Region 5, ARD |
| EPA-R05-OAR-2022-0004-0050 | Web page - Detroit Clean Data Determination for the 2015 Ozone Air Quality Standard | 5/17/2023 | U.S. EPA Region 5, ARD |
| EPA-R05-OAR-2022-0004-0051 | Web page - Detroit Clean Data Determination for the 2015 Ozone Air Quality Standard – March 2023 archive | 3/8/2023 | U.S. EPA Region 5, ARD |
| EPA-R05-OAR-2023-0058-0002 | Michigan 2022 Exceptional Event Demonstration, 01/26/2023 submittal | 1/26/2023 | Daniel Eichinger, Acting Director, EGLE |
| EPA-R05-OAR-2023-0058-0003 | EPA concurrence on EGLE Exceptional Event request | 1/30/2023 | Debra Shore, Regional Administrator, Region 5, U.S. EPA |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2023-0058-0004 | EPA TSD for EGLE Exceptional Event | 1/30/2023 | Debra Shore, Regional Administrator, Region 5, U.S. EPA |
| EPA-R05-OAR-2023-0058-0031 | Comment submitted by Great Lakes Environmental Law Center on behalf of itself and Sierra Club on the Proposed Approval of the Detroit, Michigan 2015 Ozone Clean Data Determination | 3/6/2023 | Nick Leonard, Executive Director, Great Lakes Environmental Law Center |