Case No. 23-3581/23-3583

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

SIERRA CLUB

    Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency

    Respondents

Upon consideration of the petitioner's motion to split/share argument time,

It is **ORDERED** that the motion is **GRANTED**.

ENTERED BY ORDER OF THE COURT
Kelly L. Stephens, Clerk

Issued: November 27, 2024